**MANNING CURTIS BRADSHAW
  & BEDNAR PLLC**
Sammi V. Anderson, #9543
Christopher M. Glauser, #12101
136 East South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone:  (801) 363-5678
Facsimile:   (801) 364-5678
sanderson@mc2b.com
cglauser@mc2b.com

*Attorneys for Defendants IHC Health Services, Inc.*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PAMELA WHITNEY,<br><br>       Plaintiff,<br><br>v.<br><br>IHC HEALTH SERVICES, INC., a Utah Corporation, John Does I-X, XYZ Corporations and or Limited Liability Companies I-X,<br><br>       Defendants. | **STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:17-CV-00091-TS<br><br>Judge Ted Stewart |

Pursuant to Fed. R. Civ. P. 41(a), Defendant IHC Health Services, Inc. ("Intermountain") and Plaintiff Pamela Whitney (collectively the "Parties") hereby stipulate and agree that this action and all claims asserted herein should be dismissed with prejudice and on the merits.  The Parties shall be responsible for their own costs, expenses, and attorney fees.  The Parties respectfully move the Court to enter an Order of Dismissal to memorialize this stipulated request.

A proposed Order that reflects the foregoing will be submitted to chambers.

{01522875.DOCX /}

DATED this 31st day of March, 2017.

                MANNING CURTIS BRADSHAW
                  & BEDNAR PLLC

                */s/  Christopher M. Glauser*

                Sammi V. Anderson
                Christopher M. Glauser
                *Attorneys for Defendant IHC Health Services, Inc.*


                FORD & CRANE PLLC


                */s/  Matthew B. Crane (used with permission)*

                Matthew B. Crane
                *Attorneys for Plaintiff Pamela Whitney*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS** to be served in the method indicated below to the below-named parties this 31st day of March, 2017.

| | |
|---|---|
| Matthew B. Crane | |
| Ford & Crane PLLC | ___HAND DELIVERY |
| 4161N. thanksgiving Way, Suite 300 | ___U.S. MAIL |
| Lehi, UT 84043 | ___FAX TRANSMISSION |
| matthew.crane@fordcranelaw.com | ___E-MAIL TRANSMISSION |
| *Attorneys for Plaintiff* | _x_ ECF |

                                                 */s/ Christopher M. Glauser*