**MANNING CURTIS BRADSHAW
 & BEDNAR PLLC**
Sammi V. Anderson, #9543
Christopher M. Glauser, #12101
136 East South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone:  (801) 363-5678
Facsimile:   (801) 364-5678
sanderson@mc2b.com
cglauser@mc2b.com

*Attorneys for Defendants IHC Health Services, Inc.*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PAMELA WHITNEY,<br><br>       Plaintiff,<br><br>v.<br><br>IHC HEALTH SERVICES, INC., a Utah Corporation, John Does I-X, XYZ Corporations and or Limited Liability Companies I-X,<br><br>       Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:17-CV-00091-TS<br><br>Judge Ted Stewart |

The Court, having reviewed the Stipulated Motion to Dismiss submitted by the parties and finding good cause therefor, hereby ORDERS as follows:

The Stipulated Motion to Dismiss is GRANTED.  All claims and causes of action asserted in this case are hereby DISMISSED WITH PREJUDICE and on the merits, each party to bear his or its own costs, expenses, and attorney fees.

{01522895.DOCX /}

DATED this 4th day of April, 2017.

BY THE COURT:

_____
Judge Ted Stewart

**Approved as to form:**

MANNING CURTIS BRADSHAW
 & BEDNAR PLLC

 */s/  Christopher M. Glauser*
_____
Sammi V. Anderson
Christopher M. Glauser
*Attorneys for Defendant IHC Health Services, Inc.*


FORD & CRANE PLLC

 */s/  Matthew B. Crane (used with permission)*
_____
Matthew Crane
*Attorneys for Plaintiff Pamela Whitney*